# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1541
L.T. Case No. 2010-CF-006009-A

_____

SHAKETA SHARELL JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Shaketa Jones, Ocala, pro se.

Ashley Moody, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.

November 5, 2024

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____